IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CHARLES M. EVERETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 13-cv-1201-MJR |
| | ) |
| HEINZ RUDOLPH, BRENAN F. KELLY, | ) |
| LISA PORTER, COUNTY POLICE | ) |
| (JOHN DOE & JANE DOE), and | ) |
| JANE DOE COUNTY LAW LIBRARIANS, | ) |
| | ) |
| Defendants. | ) |

## JUDGMENT IN A CIVIL CASE

This action came before the Court, District Judge Michael J. Reagan, and the following decision was reached:

**JUDGMENT IS HEREBY ENTERED AGAINST** Plaintiff and **IN FAVOR OF** Defendants.  Plaintiff shall recover nothing, and the action is **DISMISSED on the merits with prejudice,** the parties to bear their own costs.

**DATED**:  December 26, 2013

NANCY J. ROSENSTENGEL, CLERK

By: s/ Tanya Kelley
Deputy Clerk

APPROVED:   s/ Michael J. Reagan
Michael J. Reagan
United States District Judge